| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Baverman, Alan J. | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>08/13/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>1885 US Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Power of Attorney/Trustee | for ▮ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. SCHWAB CONTR IRA #2 | | | | | | | | | |
| 2. -Schwab Bank Sweep | C | Int./Div. | K | T | | | | | |
| 3. -Schwab Value Advantage (SWVXX) | A | Interest | L | T | | | | | |
| 4. -BNY Mellon GL Fixed Inc. (SDGIX) | A | Dividend | K | T | | | | | |
| 5. -Barclays Bank DEL CD (8/19) | A | Interest | | | Matured | 08/20/19 | L | A | |
| 6. -Invesco S&P 500 Equal Weig HC ETF (RYH) | A | Dividend | J | T | | | | | |
| 7. -IShares U S Real Estate ETF (IYR) | A | Dividend | J | T | | | | | |
| 8. -PIMCO Intl Bond US (PFORX) | A | Dividend | J | T | | | | | |
| 9. -PIMCO Inv Gr Corp Bond Instl (PIGIX) | A | Dividend | J | T | | | | | |
| 10. -Vanguard Sector Ind FDS ETF (VIS) | A | Dividend | J | T | | | | | |
| 11. -Vanguard Health Care ETF (VHT) | A | Dividend | J | T | | | | | |
| 12. -BANK OZK CD 2.45% (due 5/25/20) | A | Interest | J | T | Buy | 05/28/19 | J | | |
| 13. -BMO HARRIS BANK CD 2.5% (due 6/1/20) | A | Interest | J | T | Buy | 05/31/19 | J | | |
| 14. -Goldman Sachs Bank CD 2.45% (due 6/7/21) | A | Interest | J | T | Buy | 06/05/19 | J | | |
| 15. SCHWAB CONTR IRA #3 | | | | | | | | | |
| 16. -Schwab Bank Savings Sweep | A | Interest | J | T | | | | | |
| 17. -Ch Schwab US REIT ETF (SCHH) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Ch Schwab US REIT ETF (SCHH) | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 19.  -Ch Schwab US REIT ETF (SCHH) | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 20.  -Ch Schwab US REIT ETF (SCHH) | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 21.  -Schwab Emerging Mkts Equity ETF<br>(SCHE) | A | Dividend | J | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 22.  -Schwab Emerging Mkts Equity ETF<br>(SCHE) | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 23.  -Schwab Emerging Mkts Equity ETF<br>(SCHE) | | | | | Buy<br>(add'l) | 02/26/19 | J | | |
| 24.  -Schwab Emerging Mkts Equity ETF<br>(SCHE) | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 25.  -Schwab Emerging Mkts Equity ETF<br>(SCHE) | | | | | Buy<br>(add'l) | 03/26/19 | J | | |
| 26.  -Schwab Emerging Mkts Equity ETF<br>(SCHE) | | | | | Sold<br>(part) | 04/04/19 | J | A | |
| 27.  -Schwab Emerging Mkts Equity ETF<br>(SCHE) | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 28.  -Schwab Emerging Mkts Equity ETF<br>(SCHE) | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 29.  -Schwab Funda EMG Mktts Large ETF IV<br>(FNDE) | A | Dividend | J | T | Buy<br>(add'l) | 01/17/19 | J | | |
| 30.  -Schwab Funda EMG Mktts Large ETF IV<br>(FNDE) | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 31.  -Schwab Funda EMG Mktts Large ETF IV<br>(FNDE) | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 32.  -Schwab Funda EMG Mktts Large ETF IV<br>(FNDE) | | | | | Buy<br>(add'l) | 02/26/19 | J | | |
| 33.  -Schwab Funda EMG Mktts Large ETF IV<br>(FNDE) | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 34.  -Schwab Funda EMG Mktts Large ETF IV<br>(FNDE) | | | | | Buy<br>(add'l) | 03/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Sold (part) | 04/04/19 | J | B | |
| 36. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 08/28/19 | J | | |
| 37. -Schwab Fundamental INL Large COM ETF (FNDF) | A | Dividend | K | T | Buy (add'l) | 01/17/19 | J | | |
| 38. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 01/25/19 | J | | |
| 39. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 40. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 02/26/19 | J | | |
| 41. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 42. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 03/26/19 | J | | |
| 43. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Sold (part) | 04/04/19 | J | B | |
| 44. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 05/23/19 | J | | |
| 45. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 07/15/19 | J | | |
| 46. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 07/23/19 | J | | |
| 47. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 08/28/19 | J | | |
| 48. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 11/29/19 | J | | |
| 49. -Schwab Fundamental INtl smal COM ETF (FNDC) | A | Dividend | J | T | Buy (add'l) | 01/17/19 | J | | |
| 50. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 01/25/19 | J | | |
| 51. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 02/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 02/26/19 | J | | |
| 53.  -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 54.  -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 03/26/19 | J | | |
| 55.  -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Sold (part) | 04/04/19 | J | B | |
| 56.  -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 07/23/19 | J | | |
| 57.  -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 10/28/19 | J | | |
| 58.  -Schwab Fundamental US Large ETF IV (FNDX) | A | Dividend | K | T | | | | | |
| 59.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 01/25/19 | J | | |
| 60.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 02/15/19 | J | | |
| 61.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 02/26/19 | J | | |
| 62.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 63.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 03/26/19 | J | | |
| 64.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Sold (part) | 04/04/19 | J | B | |
| 65.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 07/15/19 | J | | |
| 66.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 08/28/19 | J | | |
| 67.  -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 10/28/19 | J | | |
| 68.  -Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 03/26/19 | J | | |
| 70. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Sold (part) | 04/04/19 | J | A | |
| 71. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 07/15/19 | J | | |
| 72. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 08/28/19 | J | | |
| 73. -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | | | | | |
| 74. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 75. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 01/25/19 | J | | |
| 76. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 77. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 02/26/19 | J | | |
| 78. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 79. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 03/26/19 | J | | |
| 80. -Schwab Int'l Equity ETF (SCHF) | | | | | Sold (part) | 04/04/19 | J | A | |
| 81. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 07/15/19 | J | | |
| 82. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 07/23/19 | J | | |
| 83. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 09/26/19 | J | | |
| 84. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 11/29/19 | J | | |
| 85. -Schwab Int'l Small Cap Eqy ETF (SCHC) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 01/25/19 | J | | |
| 87.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 02/26/19 | J | | |
| 88.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 89.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 03/26/19 | J | | |
| 90.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Sold (part) | 04/04/19 | J | A | |
| 91.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 09/26/19 | J | | |
| 92.  -Schwab US Large CAP ETF (SCHX) | A | Dividend | K | T | | | | | |
| 93.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 94.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 01/25/19 | J | | |
| 95.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 02/26/19 | J | | |
| 96.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 97.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 03/26/19 | J | | |
| 98.  -Schwab US Large CAP ETF (SCHX) | | | | | Sold (part) | 04/04/19 | J | A | |
| 99.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 08/28/19 | J | | |
| 100.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 10/28/19 | J | | |
| 101.  -Schwab US Small CAP ETF (SCHA) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 102.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 03/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Schwab US Small CAP ETF (SCHA) | | | | | Sold<br>(part) | 04/04/19 | J | A | |
| 104.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 105.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 106.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 107.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 108.  -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | A | Dividend | J | T | | | | | |
| 109.  -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy<br>(add'l) | 01/25/19 | J | | |
| 110.  -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy<br>(add'l) | 02/26/19 | J | | |
| 111.  -IShares Gold ETF (IAU) | | | J | T | Buy | 04/04/19 | J | | |
| 112.  -IShares Gold ETF (IAU) | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 113.  -IShares Gold ETF (IAU) | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 114.  -Schwab Intermediate Term US Treas ETF (SCHR) | A | Dividend | K | T | Buy | 04/04/19 | J | | |
| 115.  -Schwab Intermediate Term US Treas ETF (SCHR) | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 116.  -Schwab Intermediate Term US Treas ETF (SCHR) | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 117.  -Schwab Intermediate Term US Treas ETF (SCHR) | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 118.  -Schwab Intermediate Term US Treas ETF (SCHR) | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 119.  -Schwab Intermediate Term US Treas ETF (SCHR) | | | | | Buy<br>(add'l) | 11/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Schwab US TIPS ETF (SCHP) | A | Dividend | K | T | Buy | 04/04/19 | K | | |
| 121.  -Schwab US TIPS ETF (SCHP) | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 122.  -Schwab US TIPS ETF (SCHP) | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 123.  -Schwab US TIPS ETF (SCHP) | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 124.  -Schwab US TIPS ETF (SCHP) | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 125.  -SPDR Blmbrg Brcly EMG Mkt LCL ETF (EBND) | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 126.  -SPDR Blmbrg Brcly EMG Mkt LCL ETF (EBND) | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 127.  -SPDR Blmbrg Brcly EMG Mkt LCL ETF (EBND) | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 128.  -Vanguard Mortgage Backed Sec ETF (VMBS) | A | Dividend | K | T | Buy | 04/04/19 | K | | |
| 129.  -Vanguard Mortgage Backed Sec ETF (VMBS) | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 130.  -Vanguard Mortgage Backed Sec ETF (VMBS) | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 131.  -Vanguard Mortgage Backed Sec ETF (VMBS) | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 132.  -Vanguard Mortgage Backed Sec ETF (VMBS) | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 133.  -Vanguard Mortgage Backed Sec ETF (VMBS) | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 134.  -Xtrackers USD High Yield Cor Bnd ETF (HYLB) | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 135.  -Xtrackers USD High Yield Cor Bnd ETF (HYLB) | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 136.  -Xtrackers USD High Yield Cor Bnd ETF (HYLB) | | | | | Buy<br>(add'l) | 10/28/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -Xtrackers USD High Yield Cor Bnd ETF (HYLB) | | | | | Buy (add'l) | 11/29/19 | J | | |
| 138. -Xtrackers Inter RE ETF (HAUZ) | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 139. -Xtrackers Inter RE ETF (HAUZ) | | | | | Buy (add'l) | 11/29/19 | J | | |
| 140. -IShares Int'l Dev Rl Est ETF (IFGL) | | | | | Buy | 04/18/19 | J | | |
| 141. -IShares Int'l Dev Rl Est ETF (IFGL) | | | | | Sold | 05/23/19 | J | A | |
| 142. -SPDR Intrmdt TRM Crprate Bnd ETF (SPIB) | A | Dividend | J | T | Buy | 04/18/19 | J | | |
| 143. -SPDR Intrmdt TRM Crprate Bnd ETF (SPIB) | | | | | Buy (add'l) | 11/29/19 | J | | |
| 144. SCHWAB SEP IRA #9 | A | Interest | J | T | Open | 04/10/19 | J | | |
| 145. SCHWAB IRA CONTRIB #4 | | | | | | | | | |
| 146. -Deposit Account | A | Interest | J | T | | | | | |
| 147. -Israel ST $8D JUB 05/19 | A | Interest | | | Matured | 05/02/19 | K | A | |
| 148. -Vanguard Sector Index FDS Vanguard Utils Viper (VPU) | A | Dividend | K | T | | | | | |
| 149. SCHWAB IRA CONTRIB #5 | | | | | | | | | |
| 150. -Total Schwab Bank Savings Sweep | A | Interest | J | T | | | | | |
| 151. -Ch Schwab US REIT ETF (SCHH) | A | Dividend | J | T | | | | | |
| 152. -Global X MLP ETF (MLPA) | A | Dividend | J | T | Buy (add'l) | 07/11/19 | J | | |
| 153. -IShares Intl Dev RE ETF (IFGL) | A | Dividend | | | Sold | 05/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -Invesco Senior Loan ETF (BKLN) | A | Dividend | J | T | Buy (add'l) | 07/11/19 | J | | |
| 155. -Schwab Intermediate Term US TRS ETF: (SCHR) | A | Dividend | J | T | Buy (add'l) | 07/11/19 | J | | |
| 156. -Schwab US Dividend Equity ETF: (SCHD) | A | Dividend | K | T | | | | | |
| 157. -Schwab US TIPS ETF (SCHP) | A | Dividend | J | T | | | | | |
| 158. -SPDR BLMBRG BRCLY EMG (EBND) | A | Dividend | J | T | | | | | |
| 159. -SPDR Intermediate TRM CRPRATE BND ET :(SPIB) | A | Dividend | | | | | | | |
| 160. -SPDR Wells Fargo Preferred Stock ETF (PSK) | A | Dividend | J | T | | | | | |
| 161. -Vaneck Vectors J P Margan Emerging Mkkts LOC ( EMLC) | A | Dividend | J | T | | | | | |
| 162. -Vanguard GLBAL EX US RE ETF: (VNQI) | A | Dividend | J | T | | | | | |
| 163. -Vanguard Int'l HGH DIV YLD ETF: (VYMI) | A | Dividend | J | T | | | | | |
| 164. -Vanguard Mtge Backed SEC ETF: (VMBS) | A | Dividend | J | T | Buy (add'l) | 07/11/19 | J | | |
| 165. -XTRACKERSINTER REAL EST ETF (HAUZ) | A | Dividend | J | T | Buy | 05/23/19 | J | | |
| 166. -XTRACKERS USD HIGH YLD COR BND ETF (HYLB) | A | Dividend | J | T | Buy (add'l) | 07/11/19 | J | | |
| 167. -XTRACKR MSCIEAFE HG DV YLD EQ ETF (HDEF) | A | Dividend | J | T | | | | | |
| 168. -Global X US Pref ETF (PFFD) | A | Dividend | J | T | | | | | |
| 169. SCHWAB CONTRIB IRA #6 | | | | | | | | | |
| 170. -Total Schwab Bank Savings Sweep | A | Interest | J | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Charles Schwab US REIT ETF (SCHH) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 172.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 173.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 01/31/19 | J | | |
| 174.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 175.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 03/05/19 | J | | |
| 176.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 04/02/19 | J | | |
| 177.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 04/23/19 | J | | |
| 178.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 05/02/19 | J | | |
| 179.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 06/20/19 | J | | |
| 180.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 07/03/19 | J | | |
| 181.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 10/01/19 | J | | |
| 182.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 10/31/19 | J | | |
| 183.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/02/19 | J | | |
| 184.  -Charles Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/20/19 | J | | |
| 185.  -Schwab Emerging Mkts Equity ETF (SCHE) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 186.  -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 187.  -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 01/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 189. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 03/05/19 | J | | |
| 190. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 191. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 04/02/19 | J | | |
| 192. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 04/23/19 | J | | |
| 193. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 05/02/19 | J | | |
| 194. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 05/22/19 | J | | |
| 195. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 05/31/19 | J | | |
| 196. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 06/20/19 | J | | |
| 197. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 07/03/19 | J | | |
| 198. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 07/22/19 | J | | |
| 199. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 08/29/19 | J | | |
| 200. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 10/01/19 | J | | |
| 201. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 10/31/19 | J | | |
| 202. -Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 12/02/19 | J | | |
| 203. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 204. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 01/17/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 01/31/19 | J | | |
| 206. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 207. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 03/05/19 | J | | |
| 208. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 209. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 04/02/19 | J | | |
| 210. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 04/23/19 | J | | |
| 211. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 05/02/19 | J | | |
| 212. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 05/22/19 | J | | |
| 213. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 05/31/19 | J | | |
| 214. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 06/20/19 | J | | |
| 215. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 07/03/19 | J | | |
| 216. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 07/22/19 | J | | |
| 217. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 08/29/19 | J | | |
| 218. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 10/01/19 | J | | |
| 219. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 10/31/19 | J | | |
| 220. -Schwab Funda EMG Mkts Large COM ETF (FNDE) | | | | | Buy (add'l) | 12/02/19 | J | | |
| 221. -Schwab Fundamental Intl Large Com ETF (FNDF) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 223.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 01/31/19 | J | | |
| 224.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 225.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 03/05/19 | J | | |
| 226.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 227.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 04/02/19 | J | | |
| 228.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 04/23/19 | J | | |
| 229.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 05/02/19 | J | | |
| 230.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 05/22/19 | J | | |
| 231.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 05/31/19 | J | | |
| 232.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 06/20/19 | J | | |
| 233.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 07/03/19 | J | | |
| 234.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 07/22/19 | J | | |
| 235.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 08/29/19 | J | | |
| 236.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 10/01/19 | J | | |
| 237.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 10/31/19 | J | | |
| 238.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 12/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  -Schwab Fundamental Intl Large Com ETF (FNDF) | | | | | Buy (add'l) | 12/20/19 | J | | |
| 240.  -Schwab Fundamental Intl Small Com ETF (FNDC) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 241.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 242.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 01/31/19 | J | | |
| 243.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 02/21/19 | J | | |
| 244.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 03/05/19 | J | | |
| 245.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 246.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 04/02/19 | J | | |
| 247.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 04/23/19 | J | | |
| 248.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 05/02/19 | J | | |
| 249.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 05/22/19 | J | | |
| 250.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 05/31/19 | J | | |
| 251.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 06/20/19 | J | | |
| 252.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 07/03/19 | J | | |
| 253.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 07/22/19 | J | | |
| 254.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 08/29/19 | J | | |
| 255.  -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 10/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 10/31/19 | J | | |
| 257. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 12/02/19 | J | | |
| 258. -Schwab Fundamental Intl Small Com ETF (FNDC) | | | | | Buy (add'l) | 12/20/19 | J | | |
| 259. -Schwab Fundamental US Large Co ETF (FNDX) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 260. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 261. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 01/31/19 | J | | |
| 262. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 263. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 03/05/19 | J | | |
| 264. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 265. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 04/02/19 | J | | |
| 266. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 04/23/19 | J | | |
| 267. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 05/02/19 | J | | |
| 268. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 05/22/19 | J | | |
| 269. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 05/31/19 | J | | |
| 270. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 06/20/19 | J | | |
| 271. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 07/03/19 | J | | |
| 272. -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 07/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 08/29/19 | J | | |
| 274.  -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 10/01/19 | J | | |
| 275.  -Schwab Fundamental US Large Co ETF (FNDX) | | | | | Buy (add'l) | 10/31/19 | J | | |
| 276.  -Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 277.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 278.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 01/31/19 | J | | |
| 279.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 280.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 03/05/19 | J | | |
| 281.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 282.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 04/02/19 | J | | |
| 283.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 04/23/19 | J | | |
| 284.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 05/02/19 | J | | |
| 285.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 05/22/19 | J | | |
| 286.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 05/31/19 | J | | |
| 287.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 06/20/19 | J | | |
| 288.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 07/03/19 | J | | |
| 289.  -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 07/22/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 08/29/19 | J | | |
| 291. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 10/01/19 | J | | |
| 292. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 10/31/19 | J | | |
| 293. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 12/02/19 | J | | |
| 294. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 12/20/19 | J | | |
| 295. -Schwab Intl Equity ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 296. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 01/17/19 | J | | |
| 297. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 01/31/19 | J | | |
| 298. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 02/20/19 | J | | |
| 299. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 03/05/19 | J | | |
| 300. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 03/19/19 | J | | |
| 301. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 04/02/19 | J | | |
| 302. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 04/23/19 | J | | |
| 303. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 05/02/19 | J | | |
| 304. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 05/22/19 | J | | |
| 305. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 05/31/19 | J | | |
| 306. -Schwab Intl Equity ETF (SCHF) | | | | | Buy (add'l) | 06/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  -Schwab Intl Equity ETF (SCHF) | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 308.  -Schwab Intl Equity ETF (SCHF) | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 309.  -Schwab Intl Equity ETF (SCHF) | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 310.  -Schwab Intl Equity ETF (SCHF) | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 311.  -Schwab Intl Equity ETF (SCHF) | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 312.  -Schwab Intl Equity ETF (SCHF) | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 313.  -Schwab Intl Equity ETF (SCHF) | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 314.  -Schwab Intl Small Cap Eqy ETF (SCHC) | A | Dividend | J | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 315.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 316.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 317.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 318.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 319.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 320.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 321.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 04/23/19 | J | | |
| 322.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 323.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 05/22/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 325.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 326.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 327.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 328.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 329.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 330.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 331.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 332.  -Schwab Intl Small Cap Eqy ETF (SCHC) | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 333.  -Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 334.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 335.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 336.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 337.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 338.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 339.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 340.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 04/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 342.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 343.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 344.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 345.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 346.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 347.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 348.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 349.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 350.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 351.  -Schwab US Large Cap ETF (SCHX) | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 352.  -Schwab US Small Cap ETF (SCHA) | A | Dividend | J | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 353.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 354.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 355.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 356.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 357.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 04/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 359.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 360.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 361.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 362.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 363.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 364.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 365.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 366.  -Schwab US Small Cap ETF (SCHA) | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 367.  -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | A | Dividend | J | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 368.  -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy<br>(add'l) | 01/17/19 | J | | |
| 369.  -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 370.  -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy<br>(add'l) | 02/20/19 | J | | |
| 371.  -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 372.  -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy<br>(add'l) | 04/19/19 | J | | |
| 373.  -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy<br>(add'l) | 04/23/19 | J | | |
| 374.  -Vanguard Glbal Ex US Real Est ETF IV (VNQI) | | | | | Buy<br>(add'l) | 05/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  -XTRACKERS INTER REAL EST ETF (HAUZ) | A | Dividend | J | T | Buy | 05/31/19 | J | | |
| 376.  -XTRACKERS INTER REAL EST ETF (HAUZ) | | | | | Buy (add'l) | 06/20/19 | J | | |
| 377.  -XTRACKERS INTER REAL EST ETF (HAUZ) | | | | | Buy (add'l) | 07/03/19 | J | | |
| 378.  -XTRACKERS INTER REAL EST ETF (HAUZ) | | | | | Buy (add'l) | 07/22/19 | J | | |
| 379.  -XTRACKERS INTER REAL EST ETF (HAUZ) | | | | | Buy (add'l) | 08/29/19 | J | | |
| 380.  -XTRACKERS INTER REAL EST ETF (HAUZ) | | | | | Buy (add'l) | 10/01/19 | J | | |
| 381.  -XTRACKERS INTER REAL EST ETF (HAUZ) | | | | | Buy (add'l) | 10/31/19 | J | | |
| 382.  -XTRACKERS INTER REAL EST ETF (HAUZ) | | | | | Buy (add'l) | 12/02/19 | J | | |
| 383.  -XTRACKERS INTER REAL EST ETF (HAUZ) | | | | | Buy (add'l) | 12/20/19 | J | | |
| 384.  SCHWAB Acct #7 | | | | | | | | | |
| 385.  -Bank Sweep | A | Interest | K | T | | | | | |
| 386.  -Schwab Muni Money Fund (SWTXX) | C | Dividend | O | T | | | | | |
| 387.  RENTAL PROPERTY | | | | | | | | | |
| 388.  -# 1 ▓▓▓▓▓▓▓▓▓▓ (2019 Assessment: $314,400) | E | Rent | N | S | | | | | |
| 389.  -#2 ▓▓▓▓▓▓▓ (2019 Assessment: $175, 920) | D | Rent | | | Sold | 09/05/19 | N | G | |
| 390.  FAMILY S CORPORATION (F1) | C | Distribution | N | T | | | | | |
| 391.  -Trust Bank Account (SunTrust) | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baverman, Alan J.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.  BANK ACCOUNTS | | | | | | | | | |
| 393.  -North Georgia Bank 1 | A | Interest | | | Closed | 10/02/19 | L | | |
| 394.  -North Georgia Bank 2 | A | Interest | | | Closed | 10/02/19 | J | | |
| 395.  -North Georgia Bank 3 | A | Interest | | | Closed | 10/02/19 | J | | |
| 396.  -North Georgia Bank 4 | A | Interest | J | T | | | | | |
| 397.  -Chase I | A | Interest | J | T | | | | | |
| 398.  -Chase II | A | Interest | L | T | | | | | |
| 399.  SCHWAB INH IRA BENE #8 | | | | | | | | | |
| 400.  -Deposit account | B | Int./Div. | K | T | | | | | |
| 401.  IRREVOCABLE TRUST | | | | | | | | | |
| 402.  -TransAmerica Annuity (Fixed) | D | Distribution | K | T | | | | | |
| 403.  ▓▓▓▓▓▓ Real Estate (2019 assessment: $260,100) | | | N | S | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Baverman, Alan J.** | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 08/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan J. Baverman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544